825 A.2d 1136

IN THE MATTER OF EVAN M. LEVOW, AN ATTORNEY AT LAW (ATTORNEY NO. 021671991).

June 24, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–322, concluding that **EVAN M. LEVOW** of **CHERRY HILL**, who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 3.4(g) (a lawyer shall not present, participate in presenting, or threaten to present criminal charges to obtain an improper advantage in a civil matter) and *N.J. Advisory Committee on Professional Ethics Opinion 347*, 99 *N.J.L.J.* 715 (1976) ("Opinion 347");

And the Court having determined from its review of the record that the appropriate discipline is an admonition;

And good cause appearing;

It is ORDERED that **EVAN M. LEVOW** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.